

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00429-CR

| | | |
|---|---|---|
| EX PARTE TONYA COUCH | § | On Appeal from Criminal District Court No. 2 |
| | § | |
| | | of Tarrant County (C009522-1439883-1457264) |
| | § | |
| | § | January 17, 2019 |
| | § | Opinion by Justice Kerr |
| | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By /s/ Elizabeth Kerr
Justice Elizabeth Kerr